104 155
s62NW 293
133 699

GEORGE WILLSON v. SHERMAN B. DABOLL, CIRCUIT JUDGE OF GRATIOT COUNTY.

*Adultery—Complaint.*

Under How. Stat. § 9279, which provides that no prosecution for adultery shall be commenced but on the complaint of the husband or wife, a married man is subject to prosecution upon the complaint of the husband of the woman with whom he commits adultery; citing *People v. Davis,* 52 Mich. 569.

*Mandamus.* Submitted February 9, 1895. Order to show cause denied February 12, 1895.

Relator applied for *mandamus* to compel respondent to quash an information against him for adultery. The facts are stated in the opinion.

*George P. Stone,* for relator.

PER CURIAM. This is an application for an order to show cause why a writ of *mandamus* should not issue to compel the vacation of an order denying a motion to quash the information filed against relator charging him with adultery. The complaint by which the prosecution was instituted was made by the husband of the alleged paramour of the respondent (the relator in this proceeding). The relator contends that he, being a married man, was subject to prosecution only on complaint made by his wife.

The statute (How. Stat. § 9279) provides that no prosecution for adultery shall be commenced but on the complaint °of the husband or wife. This statute has been construed to authorize proceedings on the complaint of the *aggrieved* husband or wife, and it has been held that, where the respondent is a married man, he cannot insist

that the complaint can only be made by his wife. The precise question was decided in *People v. Davis*, 52 Mich. 569.

Application denied.